EFILED IN OFFICE
CLERK OF STATE COURT
BIBB COUNTY, GEORGIA

**21-SCCV-092642**
JBH
MAR 22, 2021 03:04 PM

Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

## IN THE STATE COURT OF BIBB COUNTY

### STATE OF GEORGIA

| | | |
|---|---|---|
| **PAUL R. WEEKS, JR.** | } | |
| Plaintiff, | } | **CIVIL ACTION FILE** |
| v. | } | No. _____ |
| **EDWARD G. STROUD, ASTRO TRAVEL & TOURS, INC. and CORPORATIONS XYZ** | } | |
| | } | **JURY TRIAL DEMANDED** |
| Defendant. | } | |

## COMPLAINT

**COMES NOW**, Plaintiff, Paul R. Weeks, Jr. by his attorneys, **The ORLNDO Firm, P.C.,** and hereby files this Complaint, showing this Honorable Court as follows:

1.

Defendant Edward G. Stroud resides at 700 N. Calhoun Street, Apt. B-14, Tallahassee, Florida 32303. He may be served at his residence.

2.

Defendant Astro Travel & Tours, Inc. is a foreign corporation organized in Tallahassee, Florida. Defendant Astro Travel & Tours, Inc. may be served with summons and process through its registered agent, Process Agent Service Company, Inc., Cody B. Gillies, 5704 Veterans Parkway, Columbus, Georgia 31904.

3.

Defendants UNKNOWN XYZ CORPORATIONS are entities that may be determined later during the course of this lawsuit, who are liable as brokers, vehicle maintenance companies, shippers, or owners. Upon discovery of the names and locations of these entities, they will be joined as defendants.

4.

Jurisdiction is proper in this Court.

5.

Venue is proper in this Court.

6.

Service of process is proper in this case.

7.

On or about April 13, 2019, at approximately 6:42 P.M., Mr. Weeks was traveling northbound on I-475, towing a Humvee. Mr. Stroud, following too closely behind Mr. Weeks, suddenly crashed into the Humvee, causing Mr. Weeks' vehicle to spin around and the Humvee to detach.

8.

Mr. Weeks was operating his vehicle in a safe and prudent manner.

9.

On April 13, 2019, at approximately 6:42 P.M., Defendant Stroud was the operator of a 2015 Prevost H3-45 in the course and scope of employment for Defendant Astro Travel & Tours, Inc.

10.

At the above date and location Defendant operated his vehicle in a negligent manner in violation of O.C.G.A. § 40-6-49 Following Too Closely and failing to maintain a proper lookout for Mr. Weeks' vehicle.

11.

As a direct and proximate result of the Defendant's negligence, Plaintiff suffered injuries and damages.

**WHEREFORE**, Plaintiff prays:

(a)　That summons issue requiring Defendants to be and appear in this Court within the time provided by law to answer this Complaint;

(b)　That Plaintiff has Judgment against Defendants for a just and equitable sum that will fairly and adequately compensate Plaintiff for the loss and damages Plaintiff has sustained and will sustain, plus interest as provided by law and costs of Court; and

(c)　For such other and further relief as the Court deems just and proper.

This the 22nd day of March, 2021

**The ORLANDO Firm, P.C.**

/s/ Edward R. Still
**EDWARD R. STILL**
Ga. State Bar No. 682253

Decatur Court, Suite 400
315 W. Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800